SOLOMON COHEN and Another, Appellants, v. 354 GRAND STREET REALTY Co., INC., Respondent.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.